**Order filed March 6, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-01085-CV
_____

**CLAUDE ELDRIDGE, Appellant**

**V.**

**CINTAS CORPORATION, Appellee**

**On Appeal from the County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 992031**

## O R D E R

The notice of appeal in this case was filed December 8, 2011.  To date, the filing fee of $175.00 has not been paid.  No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1.  Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $175.00 to the Clerk of this court on or before March 20, 2012**.** *See* Tex. R. App. P. 5.  If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM